AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STAGG, TOM | U.S. DISTRICT COURT-W.D.LA | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S DISTRICT JUDGE-SR. STATUS | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| JUDGE TOM STAGG<br>300 FANNIN STREET, #4100<br>SHREVEPORT, LA 71101-3091 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



Stagg, Tom

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | April 17-23, 2009 | Tucson, AZ | Seminar-"The Founders and Their Constitution" | Transportation-Air Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South-Account | A | Interest | L | T | | | | | |
| 2. Merrill-Lynch Cash Accounts | C | Interest | P1 | T | | | | | |
| 3. CD Merrill Lynch Bk USA | B | Interest | | | Matured | 04/08/09 | L | | |
| 4. CD MLB&T CO FSB | B | Interest | | | Matured | 04/08/09 | L | | |
| 5. Abbott Labs-Common Stock | B | Dividend | L | T | | | | | |
| 6. Chesapeake Energy OKLA-Common Stock | A | Dividend | L | T | | | | | |
| 7. Chevron/Texaco Corp. - Common Stock | C | Dividend | M | T | | | | | |
| 8. Cisco Systems, Inc.-Common Stock | | None | K | T | | | | | |
| 9. Coca Cola-Common Stock | A | Dividend | L | T | | | | | |
| 10. ConocoPhillips-Common Stock | B | Dividend | M | T | | | | | |
| 11. EMC Corporation - Common Stock | | None | L | T | | | | | |
| 12. El Paso Corporation-Common Stock | A | Dividend | K | T | | | | | |
| 13. Emerson Electric Co. - Common Stock | A | Dividend | K | T | | | | | |
| 14. Exxon Mobil Corp. - Common Stock | C | Dividend | M | T | | | | | |
| 15. General Electric - Common Stock | B | Dividend | L | T | | | | | |
| 16. Health Care Select SPDR-Common Stock | A | Dividend | K | T | | | | | |
| 17. INTEL Corp. - Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D = $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Johnson and Johnson-Common Stock | A | Dividend | L | T | | | | | |
| 19. Lowe's Companies, Inc.-Common Stock | A | Dividend | K | T | | | | | |
| 20. McDonalds Corp-Common Stock | B | Dividend | L | T | | | | | |
| 21. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 22. Oracle, Corp.$0.01-Common Stock | A | Dividend | L | T | | | | | |
| 23. Petrohawk Energy Corp | | None | K | T | | | | | |
| 24. Pfizer, Inc. - Common Stock | B | Dividend | L | T | | | | | |
| 25. Procter & Gamble Co-Common Stock | A | Dividend | L | T | | | | | |
| 26. Qualcomm, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 27. Schlumberger Ltd. - Common Stock | A | Dividend | M | T | | | | | . |
| 28. Sector SPDR Consmrs Stp- Common Stock | A | Dividend | K | T | | | | | |
| 29. Sector SPDR Energy-Common Stock | A | Dividend | L | T | | | | | |
| 30. Sector SPDR Utilities-Common Stock | A | Dividend | K | T | | | | | |
| 31. Sempra Energy-Common Stock | A | Dividend | K | T | | | | | |
| 32. SPDR S P Biotech-Common Stock | A | Dividend | L | T | | | | | |
| 33. Stemcells Inc. - Common Stock | | None | J | T | | | | | |
| 34. Target Corp. - Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B = $1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Transocean, Ltd ZUG-Common Stock | | None | M | T | | | | | |
| 36. Wal-Mart Stores, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 37. Williams Companies- Common Stock | A | Dividend | K | T | | | | | |
| 38. Port New Orleans LA Bond-CMR FAC OID AMBAC | B | Interest | L | T | | | | | See Sect. VIII A. |
| 39. Louisiana PUB FACS Auth RV Bond-BR WTR AMT | A | Interest | K | T | | | | | See Sect. VIII A. |
| 40. Jefferson Parish LA HME Mtg AFMRV Bond-SER A | C | Interest | L | T | | | | | See Sect. VIII A. |
| 41. Galveston Tex Indpt School Dist Bond-PSF GTD OIK | B | Interest | K | T | | | | | See Sect. VIII A. |
| 42. University Tex Perm Univ Bond | B | Interest | M | T | | | | | See Sect. VIII A. |
| 43. Texas Womans Univ Rev Fing Sys Bond-REV OID FSA | B | Interest | K | T | | | | | See Sect. VIII A. |
| 44. Lower Colorado River Auth Bond-REV RF OID AMBAC | B | Interest | K | T | | | | | See Sect. VIII A. |
| 45. Monroe West Monroe LA PubTFA Ser. A Bond | B | Interest | | | Redeemed | 08/03/09 | J | | See Sect. VIII A. |
| 46. Ernest N. Morial-New Orleans LA Exh SR Sub Bond | C | Interest | L | T | | | | | See Sect. VIII A. |
| 47. Texas St Univ Sys Fing Rev Rf FSA | A | Interest | L | T | | | | | See Sect. VIII A. |
| 48. Houston TX Indpt Sch Dist FSA Bond | C | Interest | L | T | | | | | See Sect. VIII A. |
| 49. Tarrant Co Tex Hfd Crp Hsp Rev Baylor Rf Oid | A | Interest | K | T | | | | | See Sect. VIII A. |
| 50. Frisco Tex CTFS Oblig LT Bond | B | Interest | K | T | | | | | See Sect. VIII A. |
| 51. Canadian Riv Mun Wtr At Tex Rev Conjunctive Ambac | A | Interest | K | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Louisiana ST Transn Auth Toll Rev Bond-SR A | B | Interest | K | T | | | | | See Sect. VIII A. |
| 53. Lower Colorado River AT TEX Tms Contr LCRA OID Bond | B | Interest | K | T | | | | | See Sect. VIII A. |
| 54. North Tex Mwd Water Trans FCS RV Bond-TERRELL | B | Interest | K | T | | | | | See Sect. VIII A. |
| 55. Colorado Water Res-Pwr Dev Ser D OID FSA Bond | B | Interest | K | T | | | | | See Sect. VIII A. |
| 56. Dallas TX CVC CTR CNV CMPLX RV & RF oID AGC | B | Interest | M | T | Buy | 03/02/09 | M | | See Sect. VIII A. |
| 57. Midway Tex Indpt Sch Dist Rf Psf Gtd Oid | B | Interest | K | T | Buy | 05/21/09 | L | | See Sect. VIII A. |
| 58. Colorado Edl-Cultrl FCS Ser B OID FGIC Bond | A | Interest | K | T | | | | | See Sect. VIII A. |
| 59. East Baton Rouge, La Sew Commn Rv A Rf OID FGIC | B | Interest | K | T | | | | | See Sect. VIII A. |
| 60. Katy Tex Indpt Sch Dist Ser A Psf Gtd OID | B | Interest | K | T | | | | | See Sect. VIII A. |
| 61. Houston Tex Indpt Sch Dist Lt Ser B Rf Psf Gtd | B | Interest | L | T | Buy | 05/21/09 | L | | See Sect. VIII A. |
| 62. San Antonio TX Mun Drain Utl Sys Bond | C | Interest | L | T | | | | | See Sect. VIII A. |
| 63. Louisiana Unv-Agric Clg Brd Rv Aux OID Fsa | B | Interest | K | T | | | | | See Sect. VIII A. |
| 64. New Orleans LA Drain Sys Lt Bond | B | Interest | K | T | | | | | See Sect. VIII A. |
| 65. Austin TX Utility Sys Rev Comb Bond | A | Interest | J | T | | | | | See Sect. VIII A. |
| 66. Fulton Country Georgia Auth Spl Facs Rev | | None | J | T | | | | | See Sect. VIII A. |
| 67. Livingston Parish LA WWK RV Bond-OID AMBAC EBD | C | Interest | K | T | | | | | See Sect. VIII A. |
| 68. Houston TX Cmt Clg Sys PFC RV PUB C Bond | B | Interest | K | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Jefferson Parish LA Hsp Svc Bond-NO 1 WEST A OID FSA | B | Interest | K | T | | | | | See Sect. VIII A. |
| 70. Colorado ST CTFS Partn UCDHSC Ser B OIL MBIA Bond | B | Interest | L | T | | | | | See Sect. VIII A. |
| 71. La SFD Tax Rev B-RF OID FGIC PRFOP | A | Interest | | | Redeemed | 07/01/09 | L | | See Sect. VIII A. |
| 72. Cleburne TX Waterworks Bond-OID FSA | C | Interest | K | T | | | | | See Sect. VIII A. |
| 73. Houston TX Indpt Sch Dist Bond-LT A RF OID | A | Interest | J | T | Redeemed (part) | 02/17/09 | L | | See Sect. VIII A. |
| 74. North East Indpt Sch Dst Bond OID Prf09 | B | Interest | | | Redeemed | 10/01/09 | K | | See Sect. VIII A. |
| 75. Louisiana St Ser A FGIC Bond Mbia Re Ser A | B | Interest | K | T | | | | | See Sect. VIII A. |
| 76. Ascension Parish LA Bond Dt Oid Mbia Ebd | C | Interest | L | T | | | | | See Sect. VIII A. |
| 77. Dallas TX Waterworks Bond Rf Oid Fsa | C | Interest | K | T | Redeemed (part) | 10/01/09 | K | | See Sect. VIII A. |
| 78. Fort Lewis Clg Brd Trustee Ent B-1 OID Fgic | B | Interest | K | T | | | | | See Sect. VIII A. |
| 79. Aldine Tex Indpt Sch Dist Sch Bldg-Rmkt Guar | B | Interest | L | T | Buy | 08/21/09 | L | | See Sect. VIII A. |
| 80. Louisiana Pub Facs Auth Hosp Rev Ser C Oid | D | Interest | M | T | Buy | 07/16/09 | M | | See Sect. VIII A. |
| 81. Louisiana Pub Facs Auth Orginal Unit/Total Cost | D | Interest | M | T | Buy | 07/21/09 | M | | See Sect. VIII A. |
| 82. Louisiana Pub Facs Auth Rev Christus A Rf Oid | B | Interest | K | T | Buy | 08/06/09 | K | | See Sect. VIII A. |
| 83. La Porte Tex Indpt Sch Dist Schoolhouse Oid Ebd | B | Interest | K | T | Buy | 09/29/09 | K | | See Sect VIII A. |
| 84. Waco Texas CTFS OBLIG OID Lt Syngi | B | Interest | K | T | | | | | See Sect. VIII A. |
| 85. Louisana St Ser A OID FGIC PRF10 Bond | C | Interest | L | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Orleans Parish LA Bond-SD OID FGIC-5% | B | Interest | M | T | | | | | See Sect. VIII A. |
| 87. Dallas TX Area Rapid Bond-OID AMBAC | B | Interest | L | T | | | | | See Sect. VIII A. |
| 88. Dallas Tx Wtrwks & Swr Sys Rev Rf OID Ambac | B | Interest | K | T | | | | | See Sect. VIII A. |
| 89. Orleans Parish LA Bond-4.8% Oid Fgic | B | Interest | | | Redeemed | 09/01/09 | K | | See Sect. VIII A. |
| 90. San Antonio TX Elec Gas Bond Rf Oid Etm | B | Interest | K | T | | | | | See Sect. VIII A. |
| 91. Plano Tex Lt Oid 4.25% | A | Interest | K | T | | | | | See Sect. VIII A. |
| 92. Bexar TX Met Water Dept Bond Rv Oid Ambac | B | Interest | L | T | | | | | See Sect. VIII A. |
| 93. Pflugerville Tex Indpt Sch Dist Sch Psf Gtd | B | Interest | L | T | Buy | 01/14/09 | L | | See Sect. VIII A. |
| 94. Quachita Parish LA East Bond Sd Oid Fgic | C | Interest | | | Redeemed | 03/02/09 | M | | See Sect. VIII A. |
| 95. Texas St Transn Ser A OID Fgic | B | Interest | K | T | | | | | See Sect. VIII A. |
| 96. San Antonio TX River Auth Bond Rf Oid Mbia | A | Interest | J | T | | | | | See Sect. VIII A. |
| 97. Austin TX Cmnty College Dist Bond(mislabled River Auth) | B | Interest | K | T | | | | | See Sect. VIII A. |
| 98. Louisiana St Office FACS Bond Corp Lse Rev | B | Interest | K | T | | | | | See Sect. VIII A. |
| 99. Fort Worth Tex Indpt Sch Dist Psf Gtd | B | Interest | L | T | Buy | 01/20/09 | L | | See Sect. VIII A. |
| 100. Monroe LA School Brd Bond Oid Ambac | B | Interest | L | T | | | | | See Sect. VIII A. |
| 101. Austin TX Elec Util Sys Bond Rf Oid Fsa | C | Interest | L | T | | | | | See Sect. VIII A. |
| 102. Louisiana LCL Govt Env Bond Rv Cap Ambac | C | Interest | L | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 und D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Louisiana Stad-Expo Dist Bond Rev Brf Fgic | B | Interest | | | Redeemed | 07/01/09 | K | | See Sect. VIII A. |
| 104. Plano TX Bond(RFDG & IMPROV) | B | Interest | L | T | | | | | See Sect. VIII A. |
| 105. Mc Kinney Tex Indpt Sch Bond Psf Gtd Oid | B | Interest | L | T | | | | | See Sect. VIII A. |
| 106. New Orleans LA Bond Oid Fgic | B | Interest | L | T | | | | | See Sect. VIII A. |
| 107. Commerce City Colo CTFS Parrtn Ambac Bond | B | Interest | L | T | | | | | See Sect. VIII A. |
| 108. Orleans Parish LA Sch Bond-Ser 95 Oid Fgic | C | Interest | L | T | | | | | See Sect. VIII A. |
| 109. Pearland Tex CTFS Oblig Bond Lt Oid Ambac | B | Interest | L | T | | | | | See Sect. VIII A. |
| 110. Judson TX Indpt Sch Dist Bond Prfl2 | B | Interest | L | T | | | | | See Sect. VIII A. |
| 111. East Baton Rouge Parish LA Bond Pub St-A Oid | B | Interest | | | Redeemed | 02/02/09 | L | | See Sect. VIII A. |
| 112. Saint Charles Parish LA Bond Fgic | B | Interest | L | T | | | | | See Sect. VIII A. |
| 113. Austin TX Elec Util Sys Bond Rf Fsa Prfl0 | B | Interest | L | T | | | | | See Sect. VIII A. |
| 114. Lafayette LA Pub Impt Bond Sls Tax B Oid | B | Interest | | | Redeemed | 03/02/09 | L | | See Sect. VIII A. |
| 115. Plano Tex Indpt Sch Dist Ser A Oid-5% | A | Interest | L | T | | | | | See Sect. VIII A. |
| 116. Spring TX Indpt Sch Bond Psf Gtd Oid | C | Interest | L | T | | | | | See Sect. VIII A. |
| 117. Sunnyvale Tex Sch Dist Sch Bldg Sch Psf Gtd | D | Interest | L | T | Buy | 01/20/09 | L | | See Sect. VIII A. |
| 118. Houston Tex Area Wtr Crp Bond Ne Oid Fgic | C | Interest | L | T | | | | | See Sect. VIII A. |
| 119. Natchitoches Parish LA Bond Cons Sd #7 | B | Interest | K | T | | | | | See Sect. VIII A. |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Harris Co-Houston TX Bond-At Rev Sr A Rf | C | Interest | L | T | | | | | See Sect. VIII A. |
| 121. Dallas TX Civic Center Bond-4.875% | B | Interest | | | Redeemed | 03/27/09 | L | | See Sect. VIII A. |
| 122. Dallas TX Civic Center Bond-5% | B | Interest | | | Redeemed | 03/27/09 | L | | See Sect. VIII A. |
| 123. Monroe LA Sales & Use Bond-Rev Fgic Mbia A Oid | B | Interest | L | T | | | | | See Sect. VIII A. |
| 124. Harris Co-Houston Tex Sports At Rev A OID Mbia | B | Interest | L | T | | | | | See Sect. VIII A. |
| 125. Lafayette LA Pub Tr Bond-Fing Auth Rev Slcc | B | Interest | L | T | | | | | See Sect. VIII A. |
| 126. Cypress-Fairbanks Tex Indpt Sd RF Psf Gtd | B | Interest | L | T | Buy | 08/21/09 | L | | See Sect. VIII A. |
| 127. Denton Co Tex Fresh Wtr Dt#006 Rf OID Fgic | B | Interest | K | T | | | | | See Sect. VIII A. |
| 128. Tyler Tex Indpt Sch Dist Sch Bldg Oid | B | Interest | L | T | Buy | 01/14/09 | L | | See Sect. VIII A. |
| 129. New Orleans LA Pub Impt Bond-Oid Fsa Prf09 | C | Interest | | | Redeemed | 11/02/09 | L | | See Sect. VIII A. |
| 130. Northwest Tex Indpt Sch Bond Rf oid Prf13 | B | Interest | L | T | | | | | See Sect. VIII A. |
| 131. Monroe LA Sales & Use Bond-Rev Fgic-Mbia Oid | B | Interest | K | T | | | | | See Sect. VIII A. |
| 132. Jefferson Parish LA Bond-Wk Pub Impt Rev Oid Mbia | C | Interest | L | T | | | | | See Sect. VIII A. |
| 133. Cedar Hill Tex Lt Oid Fsa | B | Interest | L | T | Buy | 01/20/09 | L | | See Sect. VIII A. |
| 134. New Orleans LA Pub Impt Bond-Lt Mbia 5% | B | Interest | L | T | | | | | See Sect. VIII A. |
| 135. Lafayette LA Pub Imp Bond-Saless Tax Pub Oid | B | Interest | L | T | | | | | See Sect. VIII A. |
| 136. Alexandria LA Utilities Ref RFDG & Const OID | B | Interest | K | T | | | | | See Sect. VIII A. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Allied Irsh Bks Spnd Adr | | None | | | Sold | 06/09/09 | J | A | See Sect. VIII A. |
| 138. Amgen, Inc.-Common Stock | | None | K | T | | | | | See Sect. VIII A. |
| 139. AT&T Inc-Common Stock | A | Dividend | J | T | Buy | 08/05/09 | J | | See Sect. VIII A. |
| 140. Regions Fin Corp-Common Stock | B | Dividend | | | Sold | 04/24/09 | J | A | See Sect. VIII A. |
| 141. BHP Billiton, Ltd. -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII A |
| 142. Chevron Corp.-Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 143. Centerpoint Energy Inc-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 144. ConocoPhillips-Common Stock | D | Dividend | M | T | | | | | See Sect. VIII A. |
| 145. Caterpillar Inc Del-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 146. Chesapeake Energy Okla-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 147. Chipotle Mexican Grill-Common Stock | | None | K | T | | | | | See Sect. VIII A. |
| 148. Costco Wholesale Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 149. Cisco Systems Inc. -Common Stock | | None | K | T | | | | | See Sect. VIII A. |
| 150. Coca Cola -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 151. CSX Corp.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 152. Delta Air Lines Inc-Common Stock | | None | J | T | Buy | 02/19/09 | J | | See Sect. VIII A. |
| 153. Dynegy, Inc. New Ill -Common Stock | | None | J | T | | | | | See Sect. VIII A. |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Duke Energy Corp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 155. E M C Corporation -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 156. Exxon Mobil Corp. -Common Stock | B | Dividend | L | T | | | | | See Sect. VIII A. |
| 157. El Paso Corporation- -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 158. Encana-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 159. Cenovus Energy Inc-Common Stock-spin off from Encana | A | Dividend | J | T | Spinoff (from line 158) | | | | See Sect. VIII A. |
| 160. Emerson Electric Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 161. Ferrellgas Partners ULP-Common Stock | B | Dividend | J | T | | | | | See Sect. VIII A. |
| 162. Firstenergy Corp-Common Stock | A | Dividend | J | T | Buy | 04/17/09 | J | | See Sect. VIII A. |
| 163. Freeport-Mcmran Cpr & Gld-Common Stock | | None | J | T | | | | | See Sect. VIII A. |
| 164. Goodrich Petroleum New-Common Stock | | None | J | T | | | | | See Sect. VIII A. |
| 165. TransOcean Inc -Common Stock | | None | K | T | | | | | See Sect. VIII A. |
| 166. Genentech Inc.-Common Stock | | None | | | Sold | 04/24/09 | K | D | See Sect. VIII A. |
| 167. General Electric -Common Stock | C | Dividend | K | T | | | | | See Sect. VIII A. |
| 168. Google Inc Cl A-Common Stock | | None | L | T | | | | | See Sect. VIII A. |
| 169. Health Care Select SPDR-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 170. Helix Energy Solutions-Common Stock | | None | J | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Honeywell Intl. Inc.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 172. Ishares MSCI Japan -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 173. JPMorgan Chase & Co. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 174. Johnson and Johnson - Common Stock | C | Dividend | M | T | | | | | See Sect. VIII A. |
| 175. Kimberly Clark-Common Stock | B | Dividend | K | T | Buy | 04/17/09 | K | | See Sect. VIII A. |
| 176. | | | | | Buy (add'l) | 11/13/09 | J | | See Sect. VIII A. |
| 177. Manitowoc Co., Inc. Wis.-Common Stock | A | Dividend | J | T | Sold (part) | 11/13/09 | J | A | See Sect. VIII A. |
| 178. Microsoft Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 179. Noble Corporation -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 180. Oracle Corp. $0.01 -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII A. |
| 181. Peabody Energy Corp.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 182. Patriot Coal Corp-Common Stock | | None | | | Sold | 10/01/09 | J | A | See Sect. VIII A. |
| 183. Plum Creek Timber Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 184. Petrohawk Energy Corp-Common Stock | | None | K | T | | | | | See Sect. VIII A. |
| 185. Procter & Gamble Co-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 186. Royal Dutch Pet NY -Common Stock | C | Dividend | L | T | | | | | See Sect. VIII A. |
| 187. Schlumberger LTD -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Spectra Energy Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 189. Suncor Energy, Inc. NPV-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 190. Texas Instruments -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 191. Covidien Ltd-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 192. Tyco Intl Ltd, Bermuda-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 193. Tyco Electronics Ltd-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 194. Transocean, Inc. -Common Stock | | None | L | T | | | | | See Sect. VIII A. |
| 195. Target Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 196. 3M Company -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 197. Toyota Motor Corp Adr. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII A. |
| 198. Under Armour, Inc.-Common Stock | | None | J | T | | | | | See Sect. VIII A. |
| 199. Wal-Mart De Mexico SA DE- Common Stock | | None | M | T | | | | | See Sect. VIII A. |
| 200. Blackrock Munivest Fund | B | Interest | K | T | | | | | See Sect. VIII A. |
| 201. Blackrock Munivest Fund | B | Interest | K | T | | | | | See Sect. VIII A. |
| 202. NUVEEN InvMt Qual Mun FD Inc. | C | Interest | L | T | | | | | See Sect. VIII A. |
| 203. NUVEEN Ins M Oppty FD Inc. | C | Interest | L | T | | | | | See Sect. VIII A.. |
| 204. Blackrock Muniyield Fund | D | Interest | M | T | | | | | See Sect. VIII A. |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000          P4 More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Blackrock Muniyield Ins | D | Interest | M | T | | | | | See Sect. VIII A. |
| 206. Blackrock Muniyield Qual | C | Interest | L | T | | | | | See Sect. VIII A. |
| 207. Blackrock Inv Qual Muni | D | Interest | L | T | | | | | See Sect. VIII A. |
| 208. Blackrock Muni Assets Fnd | A | Interest | J | T | | | | | See Sect. VIII A. |
| 209. Blackrock MuniAssets Fund Inc.Com | D | Interest | M | T | | | | | See Sect. VIII A. |
| 210. Municipal Invest Trust #3 | B | Interest | K | T | | | | | See Sect. VIII A. |
| 211. Municipal Invest Trust #4 | B | Interest | K | T | | | | | See Sect. VIII A. |
| 212. Municipal Invest Trust #5 | C | Interest | L | T | | | | | See Sect. VIII A. |
| 213. BlackrockGlobal SmallcapFD A | | None | N | T | | | | | See Sect. VIII A. |
| 214. BlackrockGlobal SmallcapFD B | | None | K | T | | | | | See Sect. VIII A. |
| 215. Blackrock Global Growth Fd | | None | K | T | | | | | See Sect. VIII A. |
| 216. Blackrock Developing Cap Mkts | B | Interest | L | T | | | | | See Sect. VIII A. |
| 217. Nuveen Louisiana Muni Bond | E | Interest | O | T | | | | | See Sect. VIII A. |
| 218. Seligman Louisiana Muni Fd Cl A | E | Interest | O | T | | | | | See Sect. VIII A. |
| 219. Blackrock Mun Insured Fd | D | Interest | N | T | | | | | See Sect. VIII A. |
| 220. WCMA Tax Exempt Fund | E | Interest | P1 | T | | | | | See Sect. VIII A. |
| 221. Working Interest-Sparrow 6-14, Choctaw County, AL (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Working Interest-Bolinger Robinson 25-9, Choctaw Cty, AL (Y) | | | | | | | | | |
| 223. Working Interest-Roberts 26-6, Choctaw County, AL | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 224. Working Interest-Wesson Hogg Sand Unit, Ouachita County, AR | E | Royalty | K | W | | | | | See Sect. VIII A. |
| 225. Working Interest-Int'l Paper Co. #1, Miller County, AR (Y) | | | | | | | | | |
| 226. Working Interest-Int'l Paper Co. #2, Miller County, AR (Y) | | | | | | | | | |
| 227. Working Interest-Walker Creek, Lafayette County, AR | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 228. Working Interest-S. L. ☐ #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 229. Working Interest-Evans Estate #1, Vermilion Parish, LA (Y) | | | | | | | | | |
| 230. Working Interest-S. L. ☐ #3, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 231. Working Interest-Dwyer Price #2, Vermilion Parish, LA (Y) | | | | | | | | | |
| 232. Working Interest-Glenn #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 233. Working Interest-Glenn #2, Vermilion Parish, LA (Y) | | | | | | | | | |
| 234. Working Interest-Price #3, Vermilion Parish, LA (Y) | | | | | | | | | |
| 235. Working Interest-Fritz Lang #1, Vermilion Parish, LA (Y) | | | | | | | | | |
| 236. Working Interest-Price Heirs #1, Vermilion Parish, LA (Y) | | | | | | | | | |
| 237. Working Interest-S.L. ☐ #7, Vermilion Parish, LA (Y) | | | | | | | | | |
| 238. Working Interest-Glenn #3, Vermilion Parish, LA (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q  Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U  Book Value | V =Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Working Interest-Fritz Lang #2, Vermilion Parish, LA (Y) | | | | | | | | | |
| 240. Working Interest-S. L. ☐ #1, Vermilion Parish, LA (Y) | | | | | | | | | |
| 241. Working Interest-Glenn #5, Vermilion Parish, LA (Y) | | | | | | | | | |
| 242. Working Interest-Fisher #1, Vermilion Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 243. Working Interest-Trahan, Vermilion Parish, LA (Y) | | | | | | | | | |
| 244. Working Interest-Seagraves, Vermilion Parish, LA (Y) | | | | | | | | | |
| 245. Working Interest-Vincent #1, Vermilion Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 246. Working Interest-Price Heirs 1-Alt, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 247. Working Interest-S. L. ☐ #5, Vermilion Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 248. Working Interest-Wesla Gath. Sys., Vermilion Parish, LA (Y) | | | | | | | | | |
| 249. Working Interest-Price Common Point, Vermilion Parish, LA (Y) | | | | | | | | | |
| 250. Working Interest-Christian #1, Vermilion Parish, LA (Y) | | | | | | | | | |
| 251. Working Interest-Carrie Rogers, Bienville Parish, LA (Y) | | | | | | | | | |
| 252. Working Interest-Boyd 34-10, Walthall County, MS (Y) | | | | | | | | | |
| 253. Working Interest-Amoco Sabine 26-16, Jefferson Davis, MS (Y) | | | | | | | | | |
| 254. Working Interest-Belcher, Gregg County, TX | E | Royalty | M | W | | | | | See Sect. VIII A. |
| 255. Working Interest-W. Tyler Sand Unit, Smith County, TX | B | Royalty | J | W | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Working Interest-Bellwood Lake Unit, Smith County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 257. Working Interest-A B Smith/Ann McKnight WFU, Smith Co., TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 258. Working Interest-B. M. Smith #1, Cherokee County, TX (Y) | | | | | | | | | |
| 259. Working Interest-O. Stockton 1-R, Cherokee County, TX (Y) | | | | | | | | | |
| 260. Working Interest-S. L. Stockton #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 261. Working Interest-S. M. Braly #1, Cherokee County, TX (Y) | | | | | | | | | |
| 262. Working Interest-Womack Herring #1, Cherokee County, TX (Y) | | | | | | | | | |
| 263. Working Interest-Barron Gas Unit #1, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 264. Working Interest-S. M. Braly #2, Cherokee County, TX (Y) | | | | | | | | | |
| 265. Working Interest-Womack Herring #2, Cherokee County, TX (Y) | | | | | | | | | |
| 266. Working Interest-Stark Smith #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 267. Working Interest-Stark Smith #A-1, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 268. Working Interest-Toledo Bend, Cherokee County, TX (Y) | | | | | | | | | |
| 269. Working Interest-L. E. Warner, Houston County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 270. Royalty Interest-Elizabeth Oswell 15-7, Baldwin Co., AL | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 271. Royalty Interest-Wesson Hogg Sand Unit, Ouachita Co., AR | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 272. Royalty Interest-Albemarle Corp., Columbia Co., AR | A | Royalty | J | W | | | | | See Sect. VIII A. |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Royalty Interest-Thomas 4 Hoss, Caddo Parish, LA (Y) | | | | | | | | | |
| 274. Royalty Interest-Thomas 2 CV, Caddo Parish, LA (Y) | | | | | | | | | |
| 275. Royalty Interest-Thomas 1 Hosston, Caddo Parish, LA (Y) | | | | | | | | | |
| 276. Royalty Interest-Thomas 2D Alt Hoss, Caddo Parish, LA (Y) | | | | | | | | | |
| 277. Royalty Interest-Thomas 3 CV, Caddo Parish, LA (Y) | | | | | | | | | |
| 278. Royalty Interest-Thomas 3, Hosston, Caddo Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 279. Royalty Interest-Adeline Sugar Fac, St. Mary Par., LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 280. Royalty Interest-Coyle Wells, Webster Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 281. Royalty Interest-Sanders D2, Webster Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 282. Royalty Interest-R. R. Barrow #1, Lafourche Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 283. Royalty Interest-Nag Unit, St. Charles Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 284. Royalty Interest-R M Coyle #2, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 285. Royalty Interest-R M Coyle #3, Webster Parish, LA (Y) | | | | | | | | | |
| 286. Royalty Interest-R M Coyle #4, Webster Parish, LA (Y) | | | | | | | | | |
| 287. Royalty Interest-R M Coyle #5, Webster Parish, LA (Y) | | | | | | | | | |
| 288. Royalty Interest-R M Coyle #6, Webster Parish, LA (Y) | | | | | | | | | |
| 289. Royalty Interest-L C Cox #1, Webster Parish, LA (Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Royalty Interest-L C Cox #2, Webster Parish, LA (Y) | | | | | | | | | |
| 291. Royalty Interest-Hall 20 #1, DeSoto Parish, LA (Y) | | | | | | | | | |
| 292. Royalty Interest-D H Rains, Caddo Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 293. Royalty Interest-Sunset Realty, St. Charles Parish, LA (Y) | | | | | | | | | |
| 294. Royalty Interest-Sunset Realty, St. Charles Parish, LA (Y) | | | | | | | | | |
| 295. Royalty Interest-Lemon Heirs 20-1, Bossier Parish, LA (Y) | | | | | | | | | |
| 296. Royalty Interest-Rae-Green #1-#16, Ouachita Parish, LA (Y) | | | | | | | | | |
| 297. Royalty Interest-Overton, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 298. Royalty Interest-Overton Hills, Adams County, MS (Y) | | | | | | | | | |
| 299. Royalty Interest-Overton Hills, Adams County, MS (Y) | | | | | | | | | |
| 300. Royalty Interest-Slogo, Adams County, MS (Y) | | | | | | | | | |
| 301. Royalty Interest-M. C. Armstrong, Adams County, MS | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 302. Royalty Interest-Armstrong 5 & 7, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 303. Royalty Interest-V Johnson, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 304. Royalty Interest-A. T. McCasland, Austin County, TX (Y) | | | | | | | | | |
| 305. Royalty Interest-D. Keris #1, Limestone Co., TX (Y) | | | | | | | | | |
| 306. Royalty Interest-I White #1, Limestone Co., TX (Y) | | | | | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Royalty Interest-Wilson #1, Limestone Co., TX (Y) | | | | | | | | | |
| 308. Royalty Interest-C. F. Sears, Taylor County, TX (Y) | | | | | | | | | |
| 309. Royalty Interest-Frazier Gas Unit, Terry County, TX | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 310. Royalty Interest-Parker Gas Unit, Van Zandt Co., TX (Y) | | | | | | | | | |
| 311. Royalty Interest-Burks C. C., Rusk Co., TX (Y) | | | | | | | | | |
| 312. Royalty Interest-Blount Gas Unit, Nacogdoches Co., TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 313. Royalty Interest-Gohmert #1, Dewitt County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 314. Royalty Interest-McCofflin 12, Harrison County, TX (Y) | | | | | | | | | |
| 315. Royalty Interest-McCofflin 14, Harrison County, TX (Y) | | | | | | | | | |
| 316. Royalty Interest-McCofflin 15, Harrison County, TX (Y) | | | | | | | | | |
| 317. Royalty Interest-McCofflin 16, Harrison County, TX (Y) | | | | | | | | | |
| 318. Royalty Interest-McCofflin 17, Harrison County, TX (Y) | | | | | | | | | |
| 319. Royalty Interest-McClofflin 3, Harrison County, TX (Y) | | | | | | | | | |
| 320. Royalty Interest-McCloflin 5, Harrison County, TX (Y) | | | | | | | | | |
| 321. Royalty Interest-McClofflin 6, Harrison County, TX (Y) | | | | | | | | | |
| 322. Royalty Interest-McClofflin 7, Harrison County, TX (Y) | | | | | | | | | |
| 323. Royalty Interest-McClofflin 8, Harrison County, TX (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Royalty Interest-McCloftlin 9, Harrison County, TX (Y) | | | | | | | | | |
| 325. Royalty Interest-McClofflin 21, Harrison County, TX (Y) | | | | | | | | | |
| 326. Royalty Interest-Anderson L, Guadalupe County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 327. Royalty Interest-Girvin, Pecos County, TX (Y) | | | | | | | | | |
| 328. Royalty Interest-W T Crude A, Caldwell County, TX (Y) | | | | | | | | | |
| 329. Royalty Interest-W T Crude C, Caldwell County, TX (Y) | | | | | | | | | |
| 330. Royalty Interest-W T Crude D, Caldwell County, TX (Y) | | | | | | | | | |
| 331. Royalty Interest-Dan J Denman, Caldwell County, TX (Y) | | | | | | | | | |
| 332. Royalty Interest-Dan J Denman B, Caldwell County, TX (Y) | | | | | | | | | |
| 333. Royalty Interest-A E Dowdy, Caldwell County, TX (Y) | | | | | | | | | |
| 334. Royalty Interest-A E Dowdy B Caldwell County, TX (Y) | | | | | | | | | |
| 335. Royalty Interest-A E Dowdy C Caldwell County, TX (Y) | | | | | | | | | |
| 336. Royalty Interest-Mrs. A E Dowdy A, Caldwell County, TX (Y) | | | | | | | | | |
| 337. Royalty Interest-H. M Covey, Cass County, TX (Y) | | | | | | | | | |
| 338. Royalty Interest-Oakland B, Cass County, TX | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 339. Mineral Interest-Ouachita County, AR | | None | J | W | | | | | See Sect. VIII A. |
| 340. Mineral Interest-Caddo Parish, LA | | None | K | W | Buy | 02/09/09 | K | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Mineral Interest-Jefferson Davis Parish, LA | | None | J | W | | | | | See Sect. VIII A. |
| 342. Mineral Interest-Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII A. |
| 343. Mineral Interest-Adams County, MS | | None | J | W | | | | | See Sect. VIII A. |
| 344. Mineral Interest-Marion County, MS | | None | J | W | | | | | See Sect. VIII A. |
| 345. Mineral Interest-Rankin County, MS | | None | J | W | | | | | See Sect. VIII A. |
| 346. Mineral Interest-Cherokee County, TX | | None | J | W | | | | | See Sect. VIII A. |
| 347. Mineral Interest-Smith County, TX | | None | J | W | | | | | See Sect. VIII A. |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

A.    ST. VRAIN, LLC

Until May 19, 2003, I was separate in property from [                    ] Effective May 19, 2003, [        ] donated to a legal regime of community property between us a substantial portion of her separate assets. On the same day, she and I further transferred that property to St. Vrain, LLC, a Louisiana limited liability company which we had established on May 14, 2003. Our transfer of the property to St. Vrain, LLC constituted a joint community property capital contribution by us in that company.

St. Vrain, LLC is now owned by [                    ] me. I am not a manager of the entity; I am not involved in its day-to-day operations; and I own a 25 % interest in it.

For all of the first 57 years of our married life, [        ] property was her separate and paraphernal property, and none of it fell into the community property regime under Louisiana law. Prior to the formation of St. Vrain, LLC, none of the property, now owned by that entity, was required to be listed in any disclosure filed by me because: 1) the property was [      ] separate and paraphernal property, and she alone had the financial interest and financial responsibility of it; 2) I did not derive or expect to derive a financial or economic benefit from the property and; 3) I had no knowledge concerning the property. Thus, pursuant to 5 U.S.C. Appendix 4, Sec. 102 (c)(1)(E), the property formerly owned solely by [        ] and now owned by St. Vrain, LLC, was not listed.

The listing of St. Vrain, LLC holdings begins on Page 6, Line 38 and lists bonds, common stocks, mutual funds, and mineral properties in that order. St. Vrain holds title to mineral property rights in 118 counties in 7 states, most of which are presently non-productive. These properties alone require some organizational structure and closer management than heretofore was possible. In accordance with the filing instructions, mineral properties with income levels less than $200 and valuation of less than $1000 are not listed.

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544